IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| R.P. RICHARDS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 00-74C (Chief Judge Damich) |

DEFENDANT'S MOTION FOR AN
ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of 61 days, from May 9, 2003, through and including July 9, 2003, for the parties to file a joint status report. This is defendant's first request for an enlargement of time to file the above-referenced status report. Plaintiff's counsel has not yet returned undersigned counsel's telephone call to discuss this motion.

This action has been designated as an Electronic Court Filing ("ECF") case. The attorney of record for plaintiff is Sean Brew. Undersigned counsel has been advised that Mr. Brew has left The Corona Firm, where he had been employed. It is the understanding of undersigned counsel that Richard D. Corona, also of The Corona Firm, will be acting as attorney of record for plaintiff in this case. Therefore, we have been communicating with Mr. Corona regarding this matter.

To the best of our knowledge, Mr. Corona has not yet entered his notice of appearance as attorney of record in this matter.

Consequently, rather than electronically filing a joint status report containing the signature of an attorney other than the attorney of record, we believe it is appropriate to seek an enlargement of time to file the status report so that the appropriate appearance can be entered.

Further, this case is in the settlement phase. Plaintiff previously submitted a written settlement offer to the Department of Justice. The required memorandum regarding the proposed settlement has now been approved by the appropriate settlement authority within the Department of Justice and the settlement agreement is being drafted. The requested enlargement will provide the parties with additional time to complete and execute the settlement agreement.

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant defendant's motion for an enlargement of time for the parties to file their joint status report.

Respectfully submitted,

ROBERT D. MCCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/Todd M. Hughes

TODD M. HUGHES
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tele: (202) 305-7788
Fax: (202) 305-3291
email:
richard.schroeder@usdoj.gov

Attorneys for Defendant

Dated: May 9, 2003

Certificate of Filing

I hereby certify that on May 9, 2003, a copy of foregoing DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder