# In the United States Court of Federal Claims

No. 00-74 C

(Filed: May 14, 2003)

| | |
|---|---|
| ******************************** | |
| | * |
| **R. P. RICHARDS, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ******************************** | |

**ORDER**

Defendant's Motion For An Enlargement Of Time To File Joint Status Report, received on May 9, 2003, is hereby GRANTED. The parties shall submit *either* a joint status report or a joint stipulation of dismissal on or before July 9, 2003.

s/ Chief Judge Edward J. Damich