**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **R.P. RICHARDS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 00-74C** **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD**

Plaintiff R.P. Richards, Inc. respectfully requests the court to change its attorney of record from Sean Brew to Richard D. Corona. The aforementioned change is requested due to the fact that Sean Brew is no longer an employee of The Corona Firm, LLP. The Plaintiff consents to the change of counsel, and it is further supported by the Affidavit of Appointment accompanying this motion as Exhibit A.

Dated: May 15, 2003

Respectfully submitted,

*S/Richard D. Corona*

RICHARD D. CORONA
The Corona Firm, LLP
1565 Hotel Circle South, Second Floor
San Diego, California 92108
Telephone: (619) 299-3311
Facsimile: (619) 299-3334

I hereby consent to the above substitution of attorney.

Dated: May , 2003

_______________________________

Sean Brew, Esq.
The Brew Law Firm
402 West Broadway, Suite 1550
San Diego, California 92101
Telephone: (619) 237-9980
Facsimile: (619) 237-9906

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **R.P. RICHARDS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 00-74C** **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD**

Plaintiff R.P. Richards, Inc. respectfully requests the court to change its attorney of record from Sean Brew to Richard D. Corona. The aforementioned change is requested due to the fact that Sean Brew is no longer an employee of The Corona Firm, LLP. The Plaintiff consents to the change of counsel, and it is further supported by the Affidavit of Appointment accompanying this motion as Exhibit A.

Dated: May 15, 2003

Respectfully submitted,

RICHARD D. CORONA
The Corona Firm, LLP
1565 Hotel Circle South, Second Floor
San Diego, California 92108
Telephone: (619) 299-3311
Facsimile: (619) 299-3334

I hereby consent to the above substitution of attorney.

Dated: May 19, 2003

Sean Brew, Esq.
The Brew Law Firm
402 West Broadway, Suite 1550
San Diego, California 92101
Telephone: (619) 237-9980
Facsimile: (619) 237-9906

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **R.P. RICHARDS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 00-74C** |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**Affidavit of Appointment**

I, RICHARD D. CORONA, declare as follows:

1. I am submitting this Affidavit in support of Plaintiff R.P. Richard's Motion for Substitution of Counsel of Record.

2. Since the inception of the case, Sean Brew has been designated as Plaintiff's Attorney of Record, and I have appeared as Of Counsel.

3. Sean Brew is no longer employed by my firm, and as such is unable to continue representation of the Plaintiff.

4. The Plaintiff and counsel for the United States have requested that I file the Motion for Substitution of Counsel to facilitate the progress of our case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of May, 2003 at San Diego, California.

Respectfully submitted,

*S/Richard D. Corona*

RICHARD D. CORONA
The Corona Firm, LLP
1565 Hotel Circle South, Second Floor
San Diego, California 92108
Telephone: (619) 299-3311
Facsimile: (619) 299-3334

**EXHIBIT A**