IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| R.P. RICHARDS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 00-74C (Chief Judge Damich) |

JOINT STATUS REPORT

Pursuant to this Court's order directing the parties to file a Joint Status Report on or before July 9, 2003, the parties respectfully advise the Court of the following:

The above matter has been settled. A formal settlement agreement has been executed by counsel for the parties. Defendant expects that the required payment authorization forms will be submitted to the Department of Treasury shortly. Pursuant to the terms of the settlement agreement, once payment is issued, the parties will file a stipulation of dismissal. In light of the above, the parties respectfully request that the Court continue the previously-ordered stay of proceedings in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

TODD M. HUGHES
Assistant Director

*s/Richard D. Corona*

RICHARD D. CORONA
The Corona Firm, L.L.P.
1565 Hotel Circle South
Second Floor
San Diego, California 92108
Tele: 619-299-3311
Fax: 619-299-3334
email:rcorona@coronafirm.com

Attorneys for Plaintiff

Dated: July 9, 2003

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tele: (202) 305-7788
Fax: (202) 305-3291
email:
richard.schroeder@usdoj.gov

Attorneys for Defendant

Dated: July , 2003

Certificate of Filing

I hereby certify that on July 9, 2003, a copy of foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.