# In the United States Court of Federal Claims

No. 00-74 C

(Filed: July 14, 2003)

********************************
*
**R. P. RICHARDS, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
********************************

**ORDER**

Pursuant to the Joint Status Report, the Court will continue the stay in the case to allow the Department of Treasury to issue payment as per the settlement agreement. The parties shall submit a joint stipulation of dismissal on or before August 29, 2003, and if the parties are unable to make such a submission by that point, the parties shall submit a joint status report by that same date informing the Court of progress in the payment of the settlement. Counsel shall provide, via facsimile or e-mail to damich_chambers@ao.uscourts.gov, a copy of either the joint status report or the joint stipulation to Chambers the day that either of these documents is filed.

s/ Chief Judge Edward J. Damich