IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| R.P. RICHARDS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-74C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the parties respectfully stipulate to the dismissal of this action, in its entirety, with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

TODD M. HUGHES
Assistant Director

*s/Richard D. Corona*

RICHARD D. CORONA
The Corona Firm, L.L.P.

1565 Hotel Circle South
Second Floor
San Diego, California 92108
Tele: 619-299-3311
Fax: 619-299-3334
email:rcorona@coronafirm.com

Attorneys for Plaintiff

Dated: August 28, 2003

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tele: (202) 305-7788
Fax: (202) 305-3291
email:
richard.schroeder@usdoj.gov

Attorneys for Defendant

Dated: August , 2003